# Court of Appeals
# of the State of Georgia

ATLANTA, July 22, 2015

*The Court of Appeals hereby passes the following order*

## A15D0480. JOANNE EDWARDS v. ALBANY AREA COMMUNITY SERVICE BOARD et al..

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

15CV794



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, July 22, 2015.

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*